UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Brooks Hawkins Jr.**  Docket No. 5:10-CR-81-1D

**Petition for Action on Supervised Release**

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, James Brooks Hawkins Jr., who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on February 23, 2011, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

James Brooks Hawkins Jr. was released from custody on August 21, 2015, at which time the term of supervised release commenced. On August 27, 2015, as a result of the defendant having a prior sex offense conviction, the court modified the conditions of supervision to include, no contact with anyone under the age of eighteen without the permission of the probation officer, no contact with the victim(s) or the victim's family, not possess any pornographic material, have no social networking accounts without approval of the probation office, and not be employed or volunteer with any position that has direct or indirect contact with children under the age of eighteen without permission of the probation office.

On September 9, 2015, a Violation Report was submitted to the court advising that the defendant was charged in Wake County, North Carolina with Driving While License Revoked (15CR754342), and the defendant was instructed not to operate a motor vehicle until properly licensed. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 24, 2015, the defendant committed the offense of Driving While License Revoked (15CR726916), in Cumberland County, North Carolina. On January 27, 2016, the defendant committed the offense of Driving While License Revoked (16CR708319), in Wake County, North Carolina. On February 11, 2016, the defendant committed the offense of Driving While License Revoked (16CR703286), in Cumberland County, North Carolina. The defendant has been advised verbally to refrain from driving until his privileges have been restored. As a sanction for this conduct and in an effort to deter future criminal conduct, we are recommending that the conditions of probation be modified to include ten days confinement in the custody of the Bureau of Prisons.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

James Brooks Hawkins Jr.
Docket No. 5:10-CR-81-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2545 Executed<br>On: February 17, 2016 |

## ORDER OF THE COURT

Considered and ordered this __22__ day of __February__, 2016 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge